■ THE PEOPLE OF THE STATE OF NEW YORK, Respondent, v JASON APONTE, Appellant. [60 NYS3d 809]—

Judgment, Supreme Court, New York County (Jill Konviser, J.), rendered March 4, 2015, convicting defendant, after a jury trial, of unlawful imprisonment in the first degree, and sentencing him, as a second felony offender, to a term of two to four years, unanimously affirmed.

The verdict was not against the weight of the evidence (see People v Danielson, 9 NY3d 342, 348-349 [2007]). There is no basis for disturbing the jury's determinations concerning credibility and identification, including its evaluation of alleged inconsistencies in testimony and motives to falsify. The jury could have reasonably found that there were satisfactory explanations for changes in the victim's account of the incident, and that cell phone records did not cast doubt on his testimony. Concur—Friedman, J.P., Manzanet-Daniels, Kapnick, Kern and Singh, JJ.